# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| | Case Number: 4**:23-CR-00118-BP(1)** |
| **MICHAEL L. RODERICK** | USM Number: **49161-044** |
| | **William Ermine, FPD** |
| | Defendant's Attorney |

**THE DEFENDANT:**

| | | |
|---|---|---|
| ☒ | Stipulates and admitted guilt to violation of condition(s) | Mandatory, standard and special of the terms of supervision. |
| ☐ | was found in violation of condition(s) | after denial of guilt. |

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard | "You must answer truthfully the questions asked by your probation officer." | |
| Mandatory | "You must not commit another federal, state or local crime." | |
| Standard | "You must follow the instructions of the probation officer related to the conditions of supervision." | |
| Special | "You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods." "You shall not consume or possess alcoholic beverages or beer, at any time, and shall not be present in any establishment where alcoholic beverages are the primary items for sale." | |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) condition. and is discharged as to such violation(s)

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. 3479 | **November 19, 2024** |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth: 1977 | /s/ Beth Phillips |
| | Signature of Judge |
| City and State of Defendant's Residence: | **BETH PHILLIPS, UNITED STATES DISTRICT JUDGE** |
| Independence, Missouri | |
| | Name and Title of Judge |
| | **November 19, 2024** |
| | Date |

DEFENDANT: MICHAEL L. RODERICK
CASE NUMBER: 4:23-CR-00118-BP(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**One year and one day. This sentence to be served concurrently to the sentence imposed in Case 6:6-22-CR-03038. No term of supervision is ordered to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at      ☐ a.m.    ☐ p.m.    on

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL